**ORiginal**

**clerk PLEASE FORWARD ME CONFORMED STAMPED COPY**

**PLAintiffs**

Michael Alan Yocom #T700041524 #32-137
<sub>Name and Prisoner/Booking Number</sub>

Bob Wiley Detention Facility
<sub>Place of Confinement</sub>

36712 Rd 112
<sub>Mailing Address</sub>

Visalia, Ca, 93291
<sub>City, State, Zip Code</sub>

(Failure to notify the Court of your change of address may result in dismissal of this action.)

**FILED**

**DEC 07 2017**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Michael Alan Yocom                  )
<sub>(Full Name of Plaintiff)</sub>         )
                    Plaintiff,S     )
CHARLES LEON YOCOM                  )
                v.                  )  CASE NO. 1:17-CV-01643 AWI SAB
                                    )         (To be supplied by the Clerk)
(1) County of Tulare, et. Al. 1-28, )
<sub>(Full Name of Defendant)</sub>        )
(2) City of Porterville, et Al. 1-28,)
"TSCO"                              )
(3) Deputy Reuter  Badge #71,       )  **CIVIL RIGHTS COMPLAINT**
"PPD"                               )  **BY A PRISONER**
(4) Officer Sokoloff #Badge 190,    )
                    Defendant(s).   )  ☑ Original Complaint
                                    )  ☐ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them.   ☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☑ Other: State and Federal Constitutions

2.  Institution/city where violation occurred: Tulare County, Strathmore - Visalia.

**RECEIVED**
**DEC 0 7 2017**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## B. DEFENDANTS

1. Name of first Defendant: __County of Tulare  1-28__. The first Defendant is employed as:
   _____ at _____.
   (Position and Title)                              (Institution)

2. Name of second Defendant: __City of Porterville  1-28__. The second Defendant is employed as:
   __N/A__ at __N/A__.
   (Position and Title)                              (Institution)

3. Name of third Defendant: __Deputy Reuter TCSO__. The third Defendant is employed as:
   __TCSO Deputy Sheriff__ at __N/A__.
   (Position and Title)                              (Institution)

4. Name of fourth Defendant: __PPD Officer B. Sokoloff__. The fourth Defendant is employed as:
   __Porterville Police Officer__ at __N/A__.
   (Position and Title)                              (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes    ☐ No

2. If yes, how many lawsuits have you filed? __1__. Describe the previous lawsuits:

   a. First prior lawsuit: __not sure do not recall__
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit: __N/A__
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit: __N/A__
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

D. CAUSE OF ACTION

## CLAIM I

1. State the constitutional or other federal civil right that was violated: **1st, 4th, 5th, 6th, 8th And 14th Amendments**.

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - [x] Basic necessities
   - [x] Mail
   - [x] Access to the court
   - [x] Medical care
   - [x] Disciplinary proceedings
   - [x] Property
   - [x] Exercise of religion
   - [x] Retaliation
   - [x] Excessive force by an officer
   - [x] Threat to safety
   - [x] Other: **TORTURE**

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. County of Tulare "TCSO" Aug. 28. 2016, Excessive force was used against plaintiff by Deputy Reuter shooting him in head and backside of body several times out of 11 shots Fired (Tulare County Sheriff's Dept.) Causing major impairments and disfigurement to both arms; on Nov. 7th, 2016, Deputy Reuter testified at prelim. Hearing admitting to never writing a police report in the matters at hand, and blatantly perjures himself on the witness stand never accurately accounting for his assaults on the plaintiff with baton and firearm. Deputy Reuter never accounts the probable cause accurately, and admits to not carrying or being trained to carry non-lethal Taser equip. Plaintiff would be detained by "TCSO" without warrant albeit out of their jurisdiction hospitalized in Fresno County and "TCSO" never bringing any criminal charges, Plaintiff is being maliciously prosecuted with blatant judicial misconduct and ineffective assistance of counsel, and literally tortured by "TCSO" staff without any physician care. Locked in solitary without legal cause or grievances.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Permanent physical impairments/disfigure both arms. Permanent physical impairments/disfigure. Stomach bowls Both physical and emotional distress, Torture.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☑ No
   b. Did you submit a request for administrative relief on Claim I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. THERE's no Rights to 1st Amendment Redress Grieve A Complaint

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: <ins>1st, 4th, 5th, 6th, 8th, and 14th Amendments</ins>

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☑ Basic necessities
   - ☑ Mail
   - ☑ Access to the court
   - ☐ Medical care
   - ☑ Disciplinary proceedings
   - ☑ Property
   - ☑ Exercise of religion
   - ☑ Retaliation
   - ☑ Excessive force by an officer
   - ☑ Threat to safety
   - ☑ Other: <ins>TORTURE</ins>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Aug. 28th, 2016, the 5 Police Officers Employed by the City of Porterville were supposedly dispatched to conduct an Officer Involved shooting investigation and/or criminal investigation of Plaintiff. Albeit, all evidence totally contradicts Deputy Reuter's Accounting of use of Deadly Force by way of Baton and Firearm, the Officer in Charge B. Sokoloff Arrested Plaintiff out of jurisdictions in a Fresno Hospital without warrant, and never taking the Prelim. witness-stand. No one who has wrote any Report has taken a stand to support Foundation for detention in this case. Bodycam images and Audio, photos, blood trail, and bullet casings and independant eyewitness statements contradict Deputy Reuter's Accounting of use of lethal Deadly Force to detain and ARREST Plaintiff for a simple allegations of misdemeanor Restraining Order violation not in their Jurisdictions. No fighting, assaulting, removal of Firearm, nor Attempt Murder by Plaintiff and yet detained/tortured.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   TORTURE with FALSE detentions. 1st, 4th, 8th, 14th Amendment violations.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☑ No
   b. Did you submit a request for administrative relief on Claim II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <ins>Theres no Rights to 1st Amendment Grieve a complaint</ins>

Redress

4

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: 1st, 4th, 6th, 8th and 14th Amendment Due Process

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - [x] Basic necessities
   - [x] Mail
   - [x] Access to the court
   - [ ] Medical care
   - [x] Disciplinary proceedings
   - [x] Property
   - [x] Exercise of religion
   - [x] Retaliation
   - [x] Excessive force by an officer
   - [x] Threat to safety
   - [x] Other: TORTURE

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Sept 7th 2016. Plaintiff was released improperly from Fresno Hospital to Tulare County Sheriff for detention with malpositioned hospital internal tubes that remain today Ripping tearing stomach etc. Plaintiff was released with 6-8 Follow up for Removal of Antibiotic Spacer and Bone Graft in and surgery. Plaintiff was denied a licensed physician and is denied such throughout detention. No surgery, and no care for reported complaints to staff and Jail medical for major internal bleeding tearing of colon and stomach. No care at all. Jail staff has tortured me placing in solitary confinement without due process nor grievance Redress Rights. No access to legal Resources nor legal duplicating capability. Numerous False disciplinary charges taking all mandatory programs beyond privileged ones. Staff in the Hole are incompetent and malicious with no supervision.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Tekment Impairments both Arms Permanent Impairments vital Organs Stomach.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☑ No
   b. Did you submit a request for administrative relief on Claim III? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Redress THERE'S no Rights to 1st Amendment Grieve a Complaint

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking: EMERGENCY Injunctions Unlimited civil Rights lawsuit in Individual and Official Capacities 1.) EMERGENCY Evidentiary HEARing to establish needs FOR EMERGENCY Medical CARe; 2.) Removal of Plaintiff FRom County or State custody / EMERGENCY Removal And Hospitalization ORDERS. Release From Custody to seek Medical CARe –

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11-24-17
DATE

Michael Yeoman
SIGNATURE OF PLAINTIFF

N/A
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

Same
(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

TO: FEDERAL JUDGE:

CHARLES LEON YOCOM Unit #22 Cell #148 Bob Wiley Detention Facility is also being held unlawfully in direct violations of Due Process and CRUEL & UNUSUAL Punishment, and TORTUROUS Conditions of Confinement.

We ASK FOR TRANSPORT ORDERS FOR Both Plaintiffs who ARE Father & Son. I Michael Alan Yocom am in Unit #52 Cell #137 ID# 77000/1524. We Both have very serious medical needs. We Both need Released

Dated: 11-24-17

Plaintiff

Plaintiffs: unit #22 #cell #48
CHARLES LEON YOCOM #
MICHAEL ALAN Yocom 7700641524
Bob Wiley Detention Facility    unit #32-137
36712 Rd. 112
Visalia, Ca. 93291

TO: CLERK OR Federal JUDGE    EMERGENCY
RE: REQUEST OR MOTION FOR Injunctions
OR COURT ORDERS TO THE TULARE COUNTY
SHERIFF (559) 735-1700 At Detentions
FRESNO TO TRANSPORT TO COURT Evidentiary
HEARing FOR Release From Custody
FOR to Seek Hospitalization; AND
Declaration.

I declare under Penalty of Perjury True & Correct Michael Alan Yocom #7700641524 unit #32 cell #137 that I'm denied Legal Resources to Research OR, duplicate service to serve Defendants THAT I AM Suffering From life threatening Serious medical needs FOR Hemoraging of stomach and large and small intestines. Also, Broken Right ARm and seperated left elbow multiple broken screws being deliberately left untreated by way of TORTURE confinement.

Dated: 11-24-17    Michael Yocom
                   Plaintiff/Declarant



**OUTPATIENT SURGERY BUILDING**

Outpatient Encounter Record

Service Type:
Loc: ELECTIVE SUR SVC
Admit Date: 12/02/2016
Discharge Date:

Patient: YOCOM, MICHAEL A
MRN: 02521319   CSN: 265721014
DOB: 8/21/1966 | Age: 50 | Sex: Male
Type: Telephone

TO: THE FBI Headquarters
~~Fresno~~                    unit #22 cell 748
My Father is being TORTURED CHARLES LEON YOCOM

I am being tortured at the Bob Wiley Detention Facility by the Tulare County Sheriff's Dept. without legal cause. Deputies have housed me in Solitary Confinement without cause denying basic Human necessities. NO Emergency MEDICAL CARE, and made me stand and sleep in piss and shit. Turned water off. no water or food. They shot me 7 of 11 times in the back. placed medical tubes in intestines and stomach to kill me. I am barely alive. Need Emergency Task Force



**OUTPATIENT SURGERY BUILDING**

Service Type:
Loc: ELECTIVE SUR SVC
Admit Date: 12/02/2016
Discharge Date:

Outpatient Encounter Record

Patient: YOCOM,MICHAEL A
MRN: 02521319   CSN: 265721014
DOB: 8/21/1966 | Age: 50 | Sex: Male
Type: Telephone

They are deliberately killing me and torturing me to death and laugh about it. There's absolutely no grievance process or supervision

Please take me into Federal custody urgent. Intent to commit 1st degree murder is transpiring. BY STAFF Please come immediately

Thanks   Unit #32
          Cell #137  Michael
                      Yocom

Dated: 11-24-17

Printed on 2/17/2017 14:45                                    Page 939