# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN YOCOM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF TULARE, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01643-AWI-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE AN AMENDED APPLICATION WITHIN FORTY-FIVE DAYS<br><br>(ECF No. 2) |

Plaintiff Michael Alan Yocom, a pretrial detainee proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. Along with the complaint, Plaintiff filed an application to proceed without prepayment of fees in this action. (ECF No. 2.) Plaintiff's application is not properly completed as the certificate regarding his inmate account has not been completed nor has Plaintiff attached a certified copy of his trust account statement showing transactions for the past six months as required. Therefore, the Court is unable to determine if Plaintiff is entitled to proceed without prepayment of fees in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application is HEREBY DENIED without prejudice;
2. Within forty-five days from the date of service of this order, Plaintiff shall file an application to proceed in forma pauperis which includes a certified copy of his trust account statement showing transactions for the past six months; and

1

3. Failure to file a complete application to proceed in forma pauperis in compliance with this order will result in the recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: __**December 8, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE

2