# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN YOCOM,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF TULARE, et al.,<br><br>Defendants. | Case No. 1:17-cv-01643-AWI-SAB<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS AND REQUIRING PLAINTIFF TO SUBMIT AMENDED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE<br><br>(ECF No. 4)<br><br>THIRTY DAY DEADLINE |

Plaintiff Michael Alan Yocom, a pretrial detainee proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a complaint on December 7, 2017, and an application to proceed in forma pauperis by a prisoner. Plaintiff did not include a certified copy of his trust account statement showing transactions for the past six months as required. So on December 11, 2017, an order was filed denying Plaintiff's application to proceed without prepayment of fees without prejudice and directing Plaintiff to file an amended application which included a certified copy of his trust account statement showing transactions for the past six months or pay the filing fee within forty-five days.

After Plaintiff did not pay the filing fee, file an amended application to proceed in forma pauperis, or otherwise respond to the December 11, 2017 order, on February 7, 2018, the court issued findings and recommendations recommending this action be dismissed for Plaintiff's failure to pay the filing fee or demonstrate that he was entitled to proceed in this action without

1

1 | prepayment of fees.

2 | On February 22, 2018, Plaintiff filed objections to the findings and recommendations. In his objections, Plaintiff states that he sent back the in forma pauperis form signed by Deputy Gomez with a certified copy of his inmate account statement for the last six months. However, the Court has no record of having received this document.

Based on Plaintiff's assertion that he mailed the forms to the Court in response to the order, the Court shall vacate the findings and objections. Plaintiff shall be provided with an opportunity to submit his amended application and trust account statement as required by the December 11, 2017 order. As Plaintiff has declared that he has already obtained a copy of his trust account statement and should have retained a copy for his records, the Court will require Plaintiff to comply with this order within thirty days. Plaintiff is advised that if he is unable to meet this deadline he is required to file a written motion demonstrating good cause for any requested extension of time prior to the deadline to file.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 7, 2018 are VACATED;
2. The Clerk's Office is directed to provide Plaintiff with an application to proceed in forma pauperis by a prisoner;
3. Within thirty days from the date of service of this order, Plaintiff shall file an application to proceed in forma pauperis which includes a certified copy of his trust account statement showing transactions for the past six months; and
4. Failure to file a complete application to proceed in forma pauperis in compliance with this order will result in the recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: **February 23, 2018**

UNITED STATES MAGISTRATE JUDGE