# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN YOCOM,<br><br>   Plaintiff,<br><br> v.<br><br>COUNTY OF TULARE, et al.,<br><br>   Defendants. | Case No. 1:17-cv-01643-AWI-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE AN AMENDED APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN THIRTY DAYS<br><br>(ECF No. 7) |

  Plaintiff Michael Alan Yocom, a pretrial detainee proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a complaint on December 7, 2017, and an application to proceed in forma pauperis by a prisoner. (ECF Nos. 1, 2.) Plaintiff did not include a certified copy of his trust account statement showing transactions for the past six months as required. So on December 11, 2017, an order was filed denying Plaintiff's application to proceed without prepayment of fees without prejudice and directing Plaintiff to file an amended application which included a certified copy of his trust account statement showing transactions for the past six months or pay the filing fee within forty-five days. (ECF No. 3.)

  After Plaintiff did not pay the filing fee, file an amended application to proceed in forma pauperis, or otherwise respond to the December 11, 2017 order, the court issued findings and recommendations on February 7, 2018, recommending this action be dismissed for Plaintiff's failure to pay the filing fee or demonstrate that he was entitled to proceed in this action without prepayment of fees. (ECF No. 4.)

1

On February 22, 2018, Plaintiff filed objections to the findings and recommendations. (ECF No. 5.) In his objections, Plaintiff stated that he sent back the in forma pauperis form signed by Deputy Gomez with a certified copy of his inmate account statement for the last six months. However, the Court has no record of having received this document.

Based on Plaintiff's assertion that he mailed the forms to the Court in response to the December 11, 2017 order, the Court vacated the February 7, 2018 findings and recommendations on February 23, 2018. (ECF No. 6.) Plaintiff was directed to file an application to proceed in forma pauperis which includes a certified copy of his trust account statement showing transactions for the past six months. Plaintiff was ordered to comply with the order within thirty days because he declared that he had already obtained a copy of his trust account statement and he should have retained a copy for his records. Plaintiff was advised that if he failed to file a complete application in compliance with the order, the Court would recommend that this action be dismissed.

On March 27, 2018, Plaintiff filed another application to proceed in forma pauperis. (ECF No. 7.) Plaintiff completed the application to proceed in forma pauperis by a prisoner and had the certification on the form completed by Deputy Woodfard. Plaintiff also attached a certificate of funds in prisoner's account form filled out by Deputy Woodfard that indicates the average monthly deposits and average balance. However, Plaintiff did not attach a copy of his trust account statement showing transactions for the past six months.

The Court will give Plaintiff one final opportunity to comply with the Court's orders requiring him to file an application to proceed in forma pauperis which includes a certified copy of his trust account statement showing transactions for the past six months. If Plaintiff is unable to meet the deadline, he is required to file a written motion demonstrating good cause for any requested extension of time prior to the deadline.

The Court notes that Plaintiff filed a motion for emergency injunctive relief on March 27, 2018. (ECF No. 8.) The Court will not address this motion until Plaintiff either pays the filing fee or the Court determines that Plaintiff is entitled to proceed without prepayment of fees in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file an application to proceed in forma pauperis which **includes a certified copy of his trust account statement showing transactions for the past six months**; and

2. Failure to file a complete application to proceed in forma pauperis including a certified copy of his trust account statement showing transactions for the past six months will result in the recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: **March 28, 2018**

_____
UNITED STATES MAGISTRATE JUDGE