UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| MICHAEL ALAN YOCOM, | Case No. 1:17-cv-01643-AWI-SAB |
|---|---|
| Plaintiff, | ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE MICHAEL ALAN YOCOM, INMATE NO. 7700041524 |
| v. | |
| COUNTY OF TULARE, et al., | DATE: May 1, 2018 |
| Defendants. | TIME: 9:00 a.m. |
| | LOCATION: Courtroom 9 (SAB) |

**Inmate Michael Alan Yocom**, **Inmate No. 7700041524**, a necessary and material witness on his own behalf in proceedings in this case on May 1, 2018, is confined at Bob Wiley Detention Facility, 36712 Road 112, Visalia, California, in the custody of the Sheriff of Tulare County. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #9, Sixth Floor, United States Courthouse, 2500 Tulare Street, Fresno, California 93721, on **May 1, 2018, at 9:00 a.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Sheriff of Tulare County:**

**WE COMMAND** you to produce the inmate named above, **along with his legal property**, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **April 13, 2018**


UNITED STATES MAGISTRATE JUDGE

