# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN YOCOM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF TULARE, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01643-AWI-SAB<br><br>ORDER REQUIRING SUPPLEMENTAL BRIEFING<br><br>DEADLINE: MAY 8, 2018 |

Plaintiff Michael Alan Yocom, a pretrial detainee proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. On May 1, 2018, an evidentiary hearing was held to address the issue of Plaintiff's application to proceed in forma pauperis. Plaintiff appeared in custody and pro se. Counsel Kathleen Taylor specially appeared for the County of Tulare.

Several issues were raised at the hearing and counsel agreed to file supplemental briefing. Accordingly, IT IS HEREBY ORDERED that counsel for the County of Tulare shall file supplemental briefing on or before May 8, 2018, to address:

1. Whether there is a Deputy Woodfard or Woodford working at another jail facility in Tulare County; and

2. Whether Plaintiff is receiving appropriate medical care in the detention facility.

IT IS SO ORDERED.

Dated: __May 1, 2018__

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1